IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>FIVE THOUSAND SIX HUNDRED FORTY DOLLARS ($5,640.00) IN UNITED STATES CURRENCY,<br><br>        Defendant.<br><br>ANUSUYA SHAPLEY,<br><br>        Claimant. | Civ. No. 12-00393 ACK-RLP |

## FINAL JUDGMENT AND DECREE OF FORFEITURE

It appearing from the record in this case that on October 4, 2012, default was entered against the above-captioned defendant property and all person and entities claiming any right, title or interest in or to the above-captioned defendant property, except Claimant Anusuya Shapley; and

Based upon the Stipulation for Compromise Settlement entered on June 13, 2013, which resolved all claims to the above-captioned defendant property by Claimant Anusuya Shapley (ECF No. 29);

IT IS HEREBY ORDERED AND ADJUDGED that based upon the

-1-

Stipulation for Compromise Settlement, $2,140.00 of the above-captioned defendant property is hereby forfeited to the United States of America, free and clear of the claims of any and all persons or entities claiming any right, title or interest in or to the defendant property, and the United States Marshals Service is hereby directed to dispose of the forfeited $2,140.00 in accordance with the law.

IT IS FINALLY ORDERED AND ADJUDGED that the parties each shall bear their own costs and attorney's fees incurred in prosecuting and defending this action, including the preparation and implementation of the terms of the Stipulation for Compromise Settlement.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai'i, June 14, 2013.



_____
Alan C. Kay
Sr. United States District Judge

United States of America v. Five Thousand Six Hundred Forty Dollars ($5,640.00) in United States Currency, Civ. No. 12-00393 ACK-RLP: FINAL JUDGMENT AND DECREE OF FORFEITURE.